NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ENPLAS CORPORATION,**
*Appellant*

**v.**

**SEOUL SEMICONDUCTOR CO., LTD., NORTH AMERICA SEOUL SEMICONDUCTOR, INC.,**
*Appellees*

———————————

2016-1282

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00605.

———————————

**JUDGMENT**

———————————

MARC ROBERT LABGOLD, Marc R. Labgold, P.C., Reston, VA, argued for appellant. Also represented by PATRICK J. HOEFFNER; STEVEN B. KELBER, The Kelber Law Group, Washington, DC.

MICHAEL EISENBERG, Holland & Knight, LLP, New York, NY, argued for appellees.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| | |
|---|---|
| August 9, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |